UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:   Marielis Rubi                                                     Case No: 20-18719-AJC
                                                                                         Chapter 7

              Debtor(s)
_____/

## *EX-PARTE* MOTION TO ENLARGE THE TIME TO FILE A REAFFIRMATION AGREEMENT

COMES NOW the Debtor, Marielis Rubi, by and through undersigned counsel and files this Motion to Enlarge the Time to File a Reaffirmation Agreement pursuant to Rules 4008(a), Local Rule 4008-1, and 9006(b)(3) and as grounds therefore states the following:

1. On August 12, 2020, the Debtor filed this Chapter 7 bankruptcy case.
2. The initial §341 meeting of creditors was set for September 9, 2020.
3. Pursuant to Fed. R. Bankr. P. 4008(a), a reaffirmation agreement shall be filed no later than 60 days after the first date set for the meeting of creditors under §341(a) of the Code which would have been November 8, 2020.
4. The filing deadline for reaffirmation may be extended "at any time" pursuant to Rule 4008; however, 11 U.S.C. § 524(c)(1) still requires reaffirmation agreements to be entered into before a debtor(s)' discharge.
5. The Debtor is contemplating entering into a reaffirmation agreement with Campus USA Credit Union (herein "Secured Creditor") to reaffirm the 2013 Cadillac SRX.
6. The instant Motion is made to protect the availability to reaffirm the above-mentioned debt without having the time expire on the creditor and the debtor.
7. The instant Motion is not being filed to delay any proceedings.
8. A discharge has not been entered at the time of filing the instant Motion.
9. An extension of the deadline for filing reaffirmation agreements by thirty (30) days, together with a corresponding delay in entry of discharge order will allow the parties to file a reaffirmation agreement as provided by the Bankruptcy Code and Rules.

10. Counsel for the Debtor contacted Secured Creditor and just received yesterday the reaffirmation agreement to be signed and completed.

**WHEREFORE**, undersigned respectfully requests that this Court enter an Order Granting the Motion to Enlarge time to File a Reaffirmation Agreeent through to  December 8, 2020   so that said reaffirmation agreement may be filed timely if the Debtor so wishes to reaffirm.

**I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that on November 17, 2020 a true and correct copy of the foregoing was sent via CM/ECF to Chapter 7 Trustee, Soneet Kapila, Trustee, 1000 S. Federal Highway, Suite 200, Fort Lauderdale, FL 33316; and via first class mail to the Debtor, Marielis Rubi at 7425 SW 152nd Avenue #205, Miami, FL 33193-2359, to all creditors on the service list via first class mail.

Robert Sanchez, Esq.
355 West 49th St
Hialeah, FL 33012
Tel. (305)-687-8008
By: */s/ Robert Sanchez*
Robert Sanchez, Esquire
FBN#0442161