

ORDERED in the Southern District of Florida on November 18, 2020.

_____
A. Jay Cristol, Judge
United States Bankruptcy Court
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:   Marielis Rubi                                    Case No: 20-18719-AJC
                                                          Chapter 7

         Debtor(s)
_____/

### ORDER APPROVING *EX-PARTE* MOTION TO ENLARGE THE TIME TO FILE A REAFFIRMATION AGREEMENT

THIS CAUSE came before the Court upon Debtor's *Ex-Parte* Motion to Enlarge the Time to file a Reaffirmation Agreement. The Court having reviewed the Motion and the record herein, being otherwise fully advised, it is

**ORDERED** that the Motion is GRANTED. The time within which the Debtor may file a reaffirmation agreement is extended through December 8, 2020 and the Clerk shall not issue a discharge before said date.

###

*Attorney Sanchez shall serve a conformed copy of this order upon all parties in interest and file a certificate of service with the Clerk of Court.*

Respectfully Submitted By:
Robert Sanchez, Esq.
FBN#0442161
Robert Sanchez, P.A.
355 West 49th St
Hialeah, FL 33012
Tel.(305)-687-8008